# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARMSTRONG HOLMES,

    Plaintiff,

vs.

WAL-MART STORES, INC., a foreign corporation; doing business as WAL-MART,

    Defendant.

Case No. 2:10-cv-02234-PMP-GWF

**ORDER**

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated December 22, 2010, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **February 3, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 24th day of January, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge