**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARMSTRONG HOLMES,                           )
                                             )
                Plaintiff,                   )     Case No.  2:10-cv-02234-PMP-GWF
                                             )
vs.                                          )     **ORDER**
                                             )
WAL-MART STORES, INC., dba WAL-MART,         )
                                             )
                Defendant.                   )
_____)

        This matter is before the Court on the parties' failure to file a joint pretrial order required by
LR 26-1(e)(5).  The Joint Discovery Plan and Scheduling Order (#8) filed January 26, 2011, required
the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 19, 2011.  There
are no dispositive motions pending.  To date, the parties have not complied.  Accordingly,

        **IT IS ORDERED** that

        1.      Counsel for the parties shall file a joint pretrial order which fully complies with
                the requirements of LR 16-3 and LR 16-4 no later than **September 6, 2011**.
                Failure to timely comply will result in the imposition of sanctions up to and
                including a recommendation to the District Judge that the complaint be dismissed
                for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

        2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto
                shall be included in the pretrial order.

DATED this 26th day of August, 2011.


                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge